United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 26-10063-djb

Samuel Varghese                                                                      Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                               User: admin                                    Page 1 of 2

Date Rcvd: May 28, 2026                      Form ID: pdf900                           Total Noticed: 6

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Samuel Varghese, 7218 Eastwood Street, Philadelphia, PA 19149-1207 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 29 2026 01:14:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2026 01:14:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15090465 | ^ MEBN | May 29 2026 01:12:52 | KML LAW GROUP, P.C., 701 MARKET STREET, SUITE 5000, BNY INDEPENDENCE CENTER, Philadelphia, PA 19106-1541 |
| 15101103 | + Email/PDF: OGCRegionIIIBankruptcy@hud.gov | May 29 2026 01:17:58 | U.S. Dept. of Housing and Urban Development, 451 7th Street S.W., Washington, DC 20410-0002 |
| 15090466 | ^ MEBN | May 29 2026 01:12:53 | UNITED STATES DEPT OF HOUSING AND URBAN DEVEL, C/O KML LAW GROUP, P.C., 701 MARKET ST. SUITE 5000, Philadelphia, PA 19106-1541 |

TOTAL: 5

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15098009 | *+ | KML LAW GROUP, P.C., 701 MARKET STREET, SUITE 5000, BNY INDEPENDENCE CENTER, Philadelphia, PA 19106-1541 |
| 15098010 | *+ | UNITED STATES DEPT OF HOUSING AND URBAN DEVEL, C/O KML LAW GROUP, P.C., 701 MARKET ST. SUITE 5000, Philadelphia, PA 19106-1541 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

District/off: 0313-2                    User: admin                           Page 2 of 2
Date Rcvd: May 28, 2026              Form ID: pdf900                    Total Noticed: 6

**complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                    Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MAGGIE S SOBOLESKI | on behalf of Debtor Samuel Varghese msoboleski@kmllawgroup.com  3532@notices.nextchapterbk.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: | Chapter 13
SAMUEL VARGHESE |
| Bankruptcy No. 26-10063-DJB
|
Debtor |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: May 28, 2026**

_____
Honorable Derek J. Baker
Bankruptcy Judge